UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



DORIS A. SHREAVES,

      Plaintiff,

v.                                                   Civil Action No.: 2:13cv17

CAROLYN W. COLVIN,[1]
Acting Commissioner
of Social Security,

      Defendant.

## OPINION AND ORDER

      Plaintiff Doris A. Shreaves brought this action under 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) seeking judicial review of the final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her claim for supplemental security income and disability insurance benefits under sections 205(g) and 1631(c)(3) the Social Security Act. Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure, Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia, and by order of reference dated January 15, 2013, this matter was referred to a United States Magistrate Judge for a Report and Recommendation. Doc. 3.

      The Report and Recommendation of the Magistrate Judge ("R&R"), filed on November 5, 2013, finds that the Administrative Law Judge's ("ALJ") determination that Plaintiff is not disabled lacks substantial evidentiary support. Doc. 15. Accordingly, the Magistrate Judge recommends the following: 1) that the final decision of the Commissioner be vacated and remanded for further proceedings consistent with the R&R; 2) the Plaintiff's Motion for Summary Judgment, Doc. 10,

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013, and is substituted for Michael J. Astrue as the defendant in this suit. See Fed. R. Civ. Proc. 25(d).

be granted; and 3) the Defendant's Cross Motion for Summary Judgment, Doc.13, be denied. Id. at 24.

By copy of the R&R, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen (14) days from the date that the R&R was mailed, pursuant to Rule 6(a) of the Federal Rules of Civil Procedure. The parties were also given an additional three (3) days, pursuant to Rule 6(d) of the Federal Rules of Civil Procedure. The time for filing written objections has now passed, and neither party has filed objections. As indicated in the R&R, "failure to file timely objections to the findings and recommendations set forth [in the R&R] will result in a waiver of the right to appeal from a judgment of this Court based on such findings and recommendations." Doc. 15 at 24.

This Court has reviewed the R&R of the Magistrate Judge and hereby adopts and approves in full the findings and recommendations set forth therein. Accordingly, it is hereby **ORDERED** that the final decision of the Commissioner be **VACATED** and **REMANDED** for further proceedings consistent with the R&R, that Plaintiff's Motion for Summary Judgment, Doc. 10, and for Remand, Doc. 11, be **GRANTED**, and the Defendant's Cross Motion for Summary Judgment, Doc. 13, be **DENIED**.

Plaintiff is advised that he may appeal from this Opinion and Final Order by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510. Said written notice must be received by the Clerk within sixty (60) days from the date of this Order. If Plaintiff wishes to proceed in forma pauperis on appeal, the application to proceed in such a manner is to be submitted to the Clerk, United States Court of Appeals, Fourth Circuit, 1100 E. Main Street, Richmond, Virginia 23219.

The Clerk is **REQUESTED** to send a copy of this Opinion and Order to all counsel of record.

It is so **ORDERED**.

/s/
HENRY COKE MORGAN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
February 3, 2014